No. 422. HONEYMAN, EXECUTRIX, ET AL. *v.* HUGHES, TRUSTEE IN BANKRUPTCY. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Elton Watkins* and *Sidney Teiser* for petitioners. *Robert F. Maguire* for respondent.

No. 160. HOWARD UNIVERSITY *v.* DISTRICT OF COLUMBIA. October 14, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE MURPHY is of the opinion that the petition should be granted. *George E. C. Hayes* for petitioner. *Vernon E. West* and *George C. Updegraff* for respondent.

No. 183. CAHOON *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE MURPHY is of the opinion that the petition should be granted. *Hayden C. Covington* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 323. BUICE *v.* PATTERSON ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. MR. JUSTICE MURPHY and MR. JUSTICE RUTLEDGE are of the opinion that the petition should be granted. *Alfred A. Albert* and *Hayden C. Covington* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondents.